# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Patricia Foster, et al, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Michael J. Davis |
| | U.S. District Judge |
| v. | |
| Trollhaugen, Inc., | Case No:  06cv2983 MJD/AJB |
| | Date:  June 27, 2008 |
| | Deputy:  Susan Schempf |
| | Court Reporter:  Lori Simpson |
| Defendant. | Time Commenced:  09:23 a.m. |
| | Time Concluded:  09:50 a.m. |
| | Time in Court:  33 Minutes |

Hearing on: **Motion to Exclude Expert Testimony of Seth Bayer [32]**
**Motion for Summary Judgment [40]**

APPEARANCES:

    Plaintiff:    James Ballentine, William Sieben
    Defendant:    Christine Mennen, Brian Johnson

PROCEEDINGS:

    ☒ Motions argued and taken under advisement

\*\*IT IS ORDERED:

    ☒ **Submitted**
    ☒ Written order forthcoming.

    s/Susan Schempf
    Judicial Assistant